Tariq Ahmad
3550 Barron Way Suite 13a
Reno, NV 89511
Plaintiff Pro Se
Phone 775 240 0769
Email  taroil@yahoo.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Tariq Ahmad,                                ) | **Case No. 3:22-cv-00022-MMD-CSD** |
| )| |
| Plaintiff                           ) | Judge Miranda M. Du |
| ) | |
| v.                                              ) | |
| ) | STIPULATION AND [PROPOSED] |
| Graco Fishing & Rental Tools, Inc.; et al.   ) | ORDER TO EXTEND DEADLINE |
| and Does 1 – 10 inclusive                    ) | TO RESPOND |
| ) | |
| _____ ) | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Tariq Ahmad (Plaintiff") and Defendant St. Paul Fire & Marine Inc. Co. (erroneously sued as Travelers Property and Casualty Company) ("Travelers), by and through counsel, stipulate and agreed that the deadline for Plaintiff to file his opposition to Travelers Motion to Dismiss filed in this matter is extended to June 30, 2022 as Plaintiff has Covid 19.

IT IS SO AGREED:

Dated: June 1, 2022                                              MORALES FIERRO & REEVES

*/s/ Tariq Ahmad/*

_____                              By:  /s/ William C. Reeves
Tariq Ahmad                                                         William C. Reeves
                                                                            600 S. Tonopah Dr., Suite 300
                                                                             Las Vegas, NV 89106
                                                                            Attorneys for Defendant

1

The court having considered the stipulation of the parties and good cause appearing, order as follows:

The deadline for Plaintiff to file his opposition to Defendants Motion to Dismiss is extended to June 30, 2022

IT IS SO ORDERED.

DATED THIS 1st Day of June 2022.

_____
MIRANDA M. DU
CHIEF DISTRICT COURT JUDGE

PROOF OF SERVICE

I declare that I served the foregoing via ECF filing a true and correct copy of the foregoing STIPULATION AND [PROSPOSED] ORDER TO EXTEND PLAITNIFFS OPPSOTION TO DEFENDANTS MOTION TO DISMISS.

Executed this 1st day of June 2022 at Reno, Nevada.

_____
Tariq Ahmad

## DECLARATION OF TARIQ AHMAD

I am over the age of 18 years of age and make the following declaration:

1. I contracted Covid 19 virus on or about May 11, 2022;
2. I have been unable to work since May 12, 2022;
3. I was at ER twice for issues related to Covid 19;
4. My office had informed Defendant Graco's attorney as to my Covid 19 health issues;
5. I personally talked to counsel for Travelers and informed him that I am unable to work due to Covid 19;

I declare the foregoing to be true and correct.

DATED:  June 1, 2022

*[signature]*

_____
Tariq Ahmad