Tariq Ahmad
3550 Barron Way Suite 13a
Reno, NV 89511
Plaintiff Pro Se
Phone 775 240 0769
Email  taroil@yahoo.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Tariq Ahmad, | Case No. 3:22-cv-00022-MMD-CSD |
| Plaintiff | Judge Miranda M. Du |
| v. | |
| Graco Fishing & Rental Tools, Inc.; et al. and Does 1 – 10 inclusive, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND** |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Tariq Ahmad (Plaintiff"), appearing pro se, and Defendants Keith Masters and Masters Consulting LLC's ("Masters"), by and through their undersigned counsel of record, stipulate and agreed to extend the deadline for Plaintiff to oppose Masters' Motion to Extend Time to File an anti-SLAPP Motion to Dismiss to June 30, 2022, as Plaintiff has Covid 19.

**IT IS SO STIPULATED:**

Dated: June 3, 2022                                HOWARD & HOWARD ATTORNEYS PLLC

_/s/ Tariq Ahmad_
Tariq Ahmad

By:  /s/ Steven E Kish III
       Steven E. Kish III, Esq.
       3800 Howard Hughes Parkway, Suite 1000
       Las Vegas, NV 89169
       Attorneys for Defendants

1

## ORDER

The court having considered the stipulation of the parties and good cause appearing, order as follows:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the deadline for Plaintiff to file his opposition to Masters' Motion to Extend Time to File an anti-SLAPP Motion to Dismiss be, and the same hereby is, EXTENDED.

**IT IS FURTHER ORDERED** that Plaintiff shall file his opposition, if any, on or before June 30, 2022.

**IT IS SO ORDERED.**

Dated: June 3, 2022

_____
DISTRICT COURT JUDGE

## DECLARATION OF TARIQ AHMAD

I am over the age of 18 years of age and make the following declaration:

1. I contracted Covid 19 virus on or about May 11, 2022;

2. I have been unable to work since May 12, 2022;

3. I was at ER twice for issues related to Covid 19;

4. My office had informed Defendant Graco's attorney as to my Covid 19 health issues;

5. I contacted counsel for Masters Consulting LLC and Keith Masters on June 2, 2022 and informed him that I am unable to work due to Covid 19;

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 3, 2022

*/s/ Tariq Ahmad*
_____
Tariq Ahmad

## PROOF OF SERVICE

I declare under penalty of perjury that I served the foregoing via ECF filing a true and correct copy of the foregoing **STIPULATION AND [PROSPOSED] ORDER TO EXTEND DEADLINE TO RESPOND**.

Executed this 3rd day of June 2022 at Reno, Nevada.

Dated: June 3, 2022

*/s/ Tariq Ahmad*
Tariq Ahmad