CAMI M. PERKINS, ESQ.
Nevada Bar No. 9149
STEVEN E. KISH, III, ESQ.
Nevada Bar No. 15257
**HOWARD & HOWARD ATTORNEYS PLLC**
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: cperkins@howardandhoward.com
Email: skish@howardandhoward.com

*Attorneys for Masters Consulting, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Tariq Ahmad,<br><br>                    Plaintiff,<br><br>vs.<br><br>Graco Fishing & Rental Tools, Inc.; Masters Consulting, LLC; Keith Masters; Travelers Property & Casualty Company; Does 1–10, inclusive;<br><br>                    Defendants. | Case No. 3:22-cv-00022-MMD-CLB<br><br>**STIPULATION TO DISMISS DEFENDANTS KEITH MASTERS AND MASTERS CONSULTING LLC** |

Plaintiff Tariq Ahmad, appearing pro se, and Defendants Keith Masters and Masters Consulting LLC, by and through their undersigned counsel of record, stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41, Defendants Keith Masters and Masters Consulting LLC should be dismissed with prejudice, with each side bearing their own fees and costs.

**IT IS SO STIPULATED:**

Dated: June 29, 2022                                       HOWARD & HOWARD ATTORNEYS PLLC

_____
Tariq Ahmad

By: __/s/ Steven E Kish III_____
     Steven E. Kish III, Esq.
     3800 Howard Hughes Parkway, Suite 1000
     Las Vegas, NV 89169

1

Attorneys for Defendants

## ORDER

The court having considered the stipulation of the parties and good cause appearing, order as follows:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff Tariq Ahmad's claim against Defendants Masters Consulting LLC and Keith Masters be, and the same hereby is, **DISMISSED** with prejudice, each side to bear their own costs.

**IT IS FURTHER ORDERED** that Defendants Masters Consulting LLC and Keith Masters be, and the same hereby are, **DISMISSED** from this action.

**IT IS SO ORDERED.**

Dated: June 30, 2022

_____
DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify I am employed in the County of Clark, State of Nevada, am over the age of 18 years and not a party to this action. My business address is Howard & Howard Attorneys PLLC, 3800 Howard Hughes Parkway, Suite 1000, Las Vegas, Nevada, 89169.

I served the foregoing, **STIPULATION TO DISMISS DEFENDANTS KEITH MASTERS AND MASTERS CONSULTING LLC**, in this action or proceeding by United States mail, electronic mail, and electronically with the Clerk of the Court via the Court's filing system, which will cause this document to be served upon the following:

Tariq Ahmad
3550 Barron Way Suite 13a
Reno, NV 89511c/o taroil@yahoo.com
*Pro Per Plaintiff*

I certify under penalty of perjury the foregoing is true and correct, and this Certificate of Service was executed by me on June 29, 2022, at Las Vegas, Nevada.

By:  /s/ Steven E. Kish III
An employee of Howard & Howard Attorneys PLLC