# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TARIQ AHMAD,<br><br>                    Plaintiff,<br><br>   v.<br><br>GRACO FISHING & RENTAL TOOLS, INC.,<br><br>                    Defendant. | 3:22-cv-00022-MMD-CSD<br><br>**ORDER** |

The parties shall file their Proposed Stipulated Discovery Plan and Scheduling Order in accordance with LR 26-1 on or before **Wednesday, September 21, 2022.**

**IT IS SO ORDERED.**

DATED:  September 1, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1