**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TARIQ AHMAD,<br><br>                              Plaintiff,<br><br>   v.<br><br>GRACO FISHING & RENTAL TOOLS, INC., *et al.*,<br><br>             Defendants. | 3:22-cv-00022-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 62 |

Before the court is Defendant's Motion for Extension of Time (ECF No. 62). Defendant states that discovery closes March 20, 2023, and requests a two-week extension to disclose rebuttal experts.

In view of the upcoming discovery deadline, Plaintiff shall file a response to Defendant's Motion for Extension of Time (ECF No. 62) on or before **Wednesday, March 8, 2023**.

**IT IS SO ORDERED.**

DATED:  March 1, 2023.

_____
UNITED STATES MAGISTRATE JUDGE