AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

TARIQ AHMAD,

                             **JUDGMENT**

        Plaintiff,

v.                              Case Number:   3:22-cv-00022-MMD-CSD

GRACO FISHING & RENTAL TOOLS, INC., *et al.*,

        Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion for summary judgment (ECF No. 79) is granted.
**IT IS FURTHER ORDERED** that Plaintiff's motion for partial summary judgment (ECF No. 78) is denied.
**IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

Date:  December 15, 2023

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*